Same case below, 354 Mont. 44, 221 P.3d 1209.

No. 09-1089. Allied Home Mortgage Capital Corp., et al., Petitioners v. Larry Corrales.

559 U.S. 1093, 130 S. Ct. 2384, 176 L. Ed. 2d 769, 2010 U.S. LEXIS 3617.

April 26, 2010. Petition for writ of certiorari to the Supreme Court of Texas denied.

No. 09-1135. Harold Brian Krieg, Petitioner v. Kent J. Dawson, Judge, United States District Court for the District of Nevada, et al.

559 U.S. 1093, 130 S. Ct. 2388, 176 L. Ed. 2d 769, 2010 U.S. LEXIS 3615,

April 26, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 09-1136. William Magdalin, Petitioner v. Commissioner of Internal Revenue.

559 U.S. 1093, 130 S. Ct. 2388, 176 L. Ed. 2d 769, 2010 U.S. LEXIS 3580.

April 26, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

No. 09-1152. William Brandt, as Chapter 7 Trustee of the Estates of Plas-

sein International Corp., et al., Petitioners v. B.A. Capital Co. LP, et al.

559 U.S. 1093, 130 S. Ct. 2389, 176 L. Ed. 2d 769, 2010 U.S. LEXIS 3559.

No. 09-5901. William Henry Harrison, Petitioner v. Cameron Lindsay, Warden.

559 U.S. 1093, 130 S. Ct. 2370, 176 L. Ed. 2d 769, 2010 U.S. LEXIS 3548.

April 26, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

No. 09-7636. Emilio Arnoldo Ortiz-Coca, Petitioner v. United States.

559 U.S. 1093, 130 S. Ct. 2370, 176 L. Ed. 2d 769, 2010 U.S. LEXIS 3489.

April 26, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 333 Fed. Appx. 863.

No. 09-7639. Benito Aguilar-Mendez, Petitioner v. United States.

559 U.S. 1093, 130 S. Ct. 2370, 176 L. Ed. 2d 769, 2010 U.S. LEXIS 3591.

April 26, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 333 Fed. Appx. 865.